| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 4:20-CR-304-P (01) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 4:26-00077-01-CR-W-RK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Mary Jane McIntyre**<br><br>Kansas City, Missouri | Northern District of Texas | Fort Worth Division |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Mark T. Pittman |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 07/14/2025 | 07/13/2028 |

OFFENSE

Possession of a Controlled Substance with Intent to Distribute, 21 U.S.C. § 841(a)(1) and (b)(1)(C), a Class C felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mary Jane McIntyre has stable residence and familial support in the Western District of Missouri and has no intention of returning to the Northern District of Texas. As such, it is respectfully recommended Jurisdiction be transferred from the Northern District of Texas to the Western District of Missouri.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Northern_____ DISTRICT OF _Texas, Fort Worth Division_

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Western District of Missouri, Kansas City Division_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| March 3, 2026 | *Mark T. Pittman* |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _Missouri, Kansas City Division_

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| March 5, 2026 | /s/ Roseann A. Ketchmark |
|---|---|
| *Effective Date* | *United States District Judge* |